UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

Dorothy W. Simons

Order Filed on January 12, 2024
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

Case No.: 23-21584

Hearing Date: 1/23/2024

Judge: Stacey L. Meisel

# ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED
# FOR THE DEBTOR'S FAILURE TO MEET CREDIT COUNSELING REQUIREMENTS

The relief set forth on the following page is hereby **ORDERED**.

**DATED: January 12, 2024**

/s/ Stacey L. Meisel
Honorable Stacey L. Meisel
United States Bankruptcy Judge

2

The Court having noted the debtor(s)'s failure to comply with the credit counseling requirements of the Bankruptcy Code as indicated below,

☐     The ☐ debtor ☐ joint debtor did not file a Certificate of Credit Counseling with the petition,

☒     The ☒ debtor ☐ joint debtor filed a Certificate of Credit Counseling after filing the petition that indicates that the debtor(s) participated in credit counseling after filing their petition,

☐     The ☐ debtor ☐ joint debtor filed a Certificate of Credit Counseling indicating that the debtor(s) participated in credit counseling more than 180 before the filing of the petition,

and it is hereby

ORDERED that the ☒ debtor ☐ joint debtor shall appear before the Honorable __Stacey L. Meisel__ on __1/23/2024__ at __10:00 a.m__ in Courtroom number __3A__, __50 Walnut Street, Newark NJ, 07012__, to show cause why this case should not be dismissed for failure to comply with the credit counseling requirements of the Bankruptcy Code.

*new.10/1/15*